Form 1-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 1

Danfoss LLC,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

**S U M M O N S**

1 : 2 1 - c v - 0 0 1 2 2

**TO**: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Chicago, Illinois (3901) | Date Protest Filed: | February 12, 2020 |
|---|---|---|---|
| Protest Number: | 3901-20-106688 | Date Protest Denied: | October 23, 2020 |
| Importer: | **Danfoss LLC** | | |
| Category of Merchandise: | Scroll-type/scroll compressors | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9PM-26361685 | 9/24/2018 | 8/16/2019 | | | |
| Please see attached continuation sheet. | | | | | |
| Continued on Form 1-3 to 1-6 | | | | | |

**Port Director**
U.S. Customs and Border Protection
Port of Chicago
5600 Pearl St.
Rosemont, IL 60018

William R. Rucker
Faegre Drinker Biddle & Reath
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
(312) 569-1157

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Scroll compressors/ Scroll-type compressors | 9903.88.01 | 25% Section 301 Duty Rate | 9903.88.14 | Excluded from Section 301 duties |
| | 8414.30.8070/ 8414.30.8080 | Free | 8414.30.8070/ 8414.30.8080 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim:

Liquidation with assessment of Section 301 tariffs – the subject products are properly classified under HTSUS subheading 8414.30.8070 or 8414.30.8080 and are excluded from Section 301 tariffs.

The issue which was common to all such denied protests: Exclusion from Section 301 tariffs.

Every denied protest included in this civil action was filed by the above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidation duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

      /s/ William R. Rucker
*Signature of Plaintiff's Attorney*

      March 22, 2021
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

<u>Chicago, IL (3901)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-20-106981 | 2/19/2020 | 10/26/2020 | 9PM-26362972 | 9/27/2018 | 8/23/2019 |
| 3901-20-107111 | 2/21/2020 | 10/26/2020 | 9PM-26363301 | 10/4/2018 | 8/30/2019 |
| 3901-20-107510 | 2/27/2020 | 10/26/2020 | 9PM-26366122 | 10/11/2018 | 9/6/2019 |
| 3901-20-107510 | 2/27/2020 | 10/26/2020 | 9PM-26371007 | 10/31/2018 | 9/27/2019 |

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.

Form 1-4

## SCHEDULE OF PROTESTS

### Huntsville, AL (1910)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1910-20-100037 | 2/27/2020 | 10/26/20 | 9PM-26365132 | 10/16/2018 | 9/6/2019 |

District Director

U.S. Customs & Border Protection

Port of Huntsville

2850 Wall-Triana Highway

Huntsville, AL 35824

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.

Form 1-5

## SCHEDULE OF PROTESTS

<u>Memphis, TN (2006)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2006-20-101725 | 2/19/2020 | 10/26/2020 | 9PM-26361800 | 9/27/2018 | 8/23/2019 |
| 2006-20-101724 | 2/19/2020 | 10/26/2020 | 9PM-26363210 | 9/29/2018 | 8/23/2019 |
| 2006-20-101754 | 2/21/2020 | 10/26/2020 | 9PM-26364234 | 10/7/2018 | 8/30/2019 |

District Director

U.S. Customs & Border Protection

Port of Memphis

2813 Business Park Drive, Building I

Memphis, TN 38118

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.

Form 1-6

## SCHEDULE OF PROTESTS

<u>Nashville, TN (2007)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2007-20-100209 | 2/27/2020 | 10/26/2020 | 9PM-26360216 | 10/12/2018 | 9/6/2019 |

District Director

U.S. Customs and Border Protection

Port of Nashville

612 Hangar Lane, Room 124

Nashville, TN 37217

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.